IN THE UNITED STATED DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**CRYSTAL HOLLAND,**                                                                              **PLAINTIFFS**
**Individually and on behalf of all others**
**similarly situated; and**
**RENEE MONTGOMERY, JULIUS PETTY,**
**JOE DAUGHERTY, and MOHAMMED AHMED**
**Each individually and on behalf of all others**
**Similarly situated**

v.                              Case No.  4:20-cv-0344-KGB

**ROCK BORDELON, ALLEGIANCE HOSPITAL**
**OF NORTH LITTLE ROCK, LLC, d/b/a**
**NorthMetro Medical Center; T. JASON REED;**
**and FREEDOM BEHAVIORAL HOSPITAL**
**OF CENTRAL ARKANSAS, LLC;**
**GPN/JACKSONVILLE, LLC; and**
**ALLEGIANCE HEALTH MANAGEMENT, INC.**                **DEFENDANTS**

### SECOND JOINT MOTION FOR EXTENSION OF DISCOVERY CUTOFF, EXTENSION OF SUBSEQUENT DEADLINES AND CONTINUANCE OF TRIAL DATE

Comes now Plaintiffs, by and through wh Law, PLC, and Defendants, Rock Bordelon, Allegiance Hospital of North Little Rock, LLC, GPN/Jacksonville, LLC, and Allegiance Health Management, Inc. ("Defendants"), by and through their attorneys, Cox, Sterling, McClure & Vandiver, PLLC, and for their Second Joint Motion for Extension of Discovery Cutoff, Extension of Subsequent Deadlines, and Continuance of Trial Date, states:

1. Pursuant to the Amended Final Scheduling Order (D.E. 29) in this action, the discovery cutoff in this case is July 20, 2022, and trial is scheduled for the week of October 3, 2022.

2. A Motion to Certify a Collective Action (D.E. 21) has been pending since September 10, 2021, and thus the parties need additional time to complete discovery and therefore

request a continuance of the trial date during the week of October 3, 2022 for at least one hundred and twenty (120) days.

3.The parties respectfully request that the Court enter an amended Final Scheduling Order by which the Court extends the discovery deadline all other subsequent deadlines and continues the trial date scheduled for the week of October 3, 2022.

WHEREFORE, the parties respectfully request that the Court grant the requested extension and continuance by extending the discovery deadline and all other subsequent deadlines and continuing the trial date.

Respectfully Submitted,

COX, STERLING, McCLURE & VANDIVER, PLLC
8712 Counts Massie Rd
North Little Rock, AR  72113
(501) 954-8073 Phone
(501) 954-7856 Facsimile
bavandiver@csmfirm.com
By:Brian A. Vandiver (Ark. Bar No. 2001078)

ATTORNEYS FOR DEFENDANTS

And

Chris W. Burks
Chris W. Burks (ABN: 2010207)
WH Law, PLLC
1 Riverfront Pl. – Suite 745
North Little Rock, AR 72114
Phone: 501-891-6000
Email: chris@wh.law

ATTORNEYS FOR PLAINTIFFS