IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**CRYSTAL HOLLAND, individually and on behalf of all others similarly situated,** *et al.*       **PLAINTIFFS**

v.       **Case No. 4:20-cv-00344 KGB**

**ALLEGIANCE HOSPITAL OF NORTH LITTLE ROCK, LLC,** *et al.*       **DEFENDANTS**

## ORDER

Before the Court is the motion for Rule 41(a)(2) voluntary dismissal of opt-in plaintiffs Alvin Moore, Cami Darnell, Lesia Pratt, and Darlene Cherry's (collectively ("Separate Opt-In Plaintiffs") claims (Dkt. No. 41). Separate Opt-In Plaintiffs state that there are no pending counterclaims against them, and they wish to dismiss voluntarily their claims pursuant to Federal Rule of Civil Procedure 41(a)(2). Defendants have not opposed the Separate Opt-In Plaintiff's motion for Rule 41(a)(2) voluntary dismissal, and the time for doing so has passed. For good cause shown, the Court grants Separate Opt-In Plaintiffs' motion for Rule 41(a)(2) voluntary dismissal (Dkt. No. 41). Separate Opt-in Plaintiffs Alvin Moore, Cami Darnell, Lesia Pratt, and Darlene Cherry's claims against defendants are dismissed, and Separate Opt-In Plaintiffs are dismissed from the lawsuit.

Also before the Court is the motion for Rule 41(a)(2) voluntary dismissal of separate plaintiff Crystal Holland's Fair Labor Standards Act ("FLSA") claims only (Dkt. No. 42). Ms. Holland states that she has no pending counterclaim against her, and she wants to dismiss voluntarily her FLSA and Arkansas Minimum Wage Act ("AMWA") claims against defendants pursuant to Federal Rule of Civil Procedure 41(a)(2). Defendants have not opposed Ms. Holland's motion for Rule 41(a)(2) voluntary dismissal of her FLSA and AMWA claims only, and the time

for doing so has passed.  For good cause shown, the Court grants Ms. Holland's motion for Rule 41(a)(2) voluntary dismissal of Ms. Holland's FLSA and AMWA claims against defendants pursuant to Federal Rule of Civil Procedure 41(a)(2) (Dkt. No. 42).  Ms. Holland's FLSA and AMWA claims against defendants are dismissed.

    It is so ordered this 15th day of March, 2023.

_Kristine G. Baker_
Kristine G. Baker
United States District Judge