IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**CRYSTAL HOLLAND, individually and on behalf of all others similarly situated,** *et al.*                              **PLAINTIFFS**

v.                    Case No. 4:20-cv-00344 KGB

**ALLEGIANCE HOSPITAL OF NORTH LITTLE ROCK, LLC,** *et al.*                              **DEFENDANTS**

## ORDER

Before the Court is the parties' joint stipulation of dismissal (Dkt. No. 68). The stipulation accords with the terms of Federal Rule of Civil Procedure 41(a)(1)(A)(ii). For good cause shown, the Court adopts the joint stipulation of dismissal. The action is dismissed with prejudice.

It is so ordered this 26th day of February, 2024.

_____
Kristine G. Baker
Chief United States District Judge